Original
Page 1 of 1

File

FILED
IN CLERKS OFFICE
2019 MAY 10 PM 12:20
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Maurice J Sinkfield
Plaintiff,

vs.

UNITED STATES MARSHALS SERVICE et al
Defendants.

Case No. 1:19cv10776-MPK

NOTICE OF CHANGE OF ADDRESS

Comes now the Plaintiff, maurice sinkfield, a Natural Person, before this Honorable Court, respectfully informing the Court that the Plaintiff is currently detained at the NORTH EAST OHIO CORRECTIONAL CENTER 2240 Hubbard Road Youngstown, Ohio 44505.

Respectfully Submitted,
Maurice Sinkfield
Maurice Sinkfield